**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00902-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A
PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant**

**V.**

**HOSPIRA WORLDWIDE, INC., Appellee**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-14542**

## ORDER

The Court **GRANTS** appellant's May 13, 2013 unopposed motion to extend time to file motion for rehearing. Appellant is **ORDERED** to file its motion for rehearing, if any, by May 30, 2013.

/s/     DAVID EVANS
        JUSTICE